**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

ERWIN GRAMPP, derivatively on behalf of
JBI, INC.,

        Plaintiff,

vs.

JOHN BORDYNUIK, DR. JACOB SMITH,
RONALD C. BALDWIN, JR., AMY
BRADSHAW, JOHN M. WESSON, ROBIN
BAGAI, JAMES FAIRBAIRN, GREGORY
GOLDBERG, and THEODORE J. HENRY,

        Defendants,

and

    JBI, INC.
        Nominal Defendant.

Civil Action No.:  1:12-cv-10495-MLW

---

**DEFENDANTS' STIPULATED MOTION FOR EXTENSION**
**OF TIME TO RESPOND TO COMPLAINT**

    Defendants John Bordynuik, Dr. Jacob Smith, Ronald C. Baldwin, Jr., Amy Bradshaw, John M. Wesson, Robin Bagai, Gregory Goldberg, and Theodore J. Henry (the "Individual Defendants"), and JBI, Inc., with the stipulation of Plaintiff Erwin Grampp, respectfully request that the Court extend the deadline for Defendants to answer, move, or otherwise respond to the Complaint until July 27, 2012.  In support of this Motion, Defendants state as follows:

    1.    On March 16, 2012, Plaintiff filed the Complaint in this action.

    2.    Several of the Individual Defendants have not yet been served with the summons and Complaint, including Mr. Bordynuik, who resides in Canada.

3. Counsel for the Individual Defendants has agreed to accept service on behalf of all of the Individual Defendants, preserving any objections to personal jurisdiction, venue, or forum non conveniens.

4. To permit the numerous Defendants sufficient time to prepare their responses to the Complaint, and so that the pleading dates of all Defendants remain on the same schedule, Defendants request that the Court extend the time for all Defendants to file a responsive pleading or motion to July 27, 2012. Notably, if the parties instead proceeded under Fed. R. Civ. P. 12(a)(1)(A)(ii), Mr. Bordynuik would have 90 days to respond to the Complaint as a non-U.S. defendant, and several other defendants would have 60 days to respond.

5. In addition, should the Defendants respond to the Complaint by motion, the parties have agreed to the following briefing schedule, subject to the Court's approval:

  Deadline for Defendants' Motions:  July 27, 2012

  Deadline for Plaintiff's Response:  September 25, 2012

6. Plaintiff stipulates to this Motion and the requested briefing schedule.

7. WHEREFORE, the Court should allow Defendants' request for an extension of time until July 27, 2012 to answer, move, or otherwise respond to the Complaint, and enter the above briefing schedule as to any responsive motions filed.

Dated: May 3, 2012

        Respectfully submitted,

        /s/John G. Wheatley
        John G. Wheatley, BBO #670989
        MELICK PORTER & SHEA LLP
        28 State Street
        Boston, MA 02109
        617 523-6200 (tel)
        617 523-8130 (fax)
        jwheatley@melicklaw.com

        Michael R. MacPhail (*pro hac* motion forthcoming)
        Leif T. Simonson (*pro hac* motion forthcoming)
        Matthew B. Kilby (*pro hac* motion forthcoming)
        FAEGRE BAKER DANIELS LLP
        2200 Wells Fargo Center
        90 South Seventh Street
        Minneapolis, MN  55402-3901
        (612) 766-7000
        (612) 766-1600 – fax
        *Michael.MacPhail@faegrebd.com*
        *Leif.Simonson@faegrebd.com*
        *Matthew.Kilby@faegrebd.com*

        *Counsel for John Bordynuik, Dr. Jacob Smith, Ronald C. Baldwin, Jr., Amy Bradshaw, John M. Wesson, Robin Bagai, Gregory Goldberg, and Theodore J. Henry*

        /s/Edward D. Shoulkin
        Edward D. Shoulkin, BBO #555483
        TAYLOR DUANE BARTON & GILMAN LLP
        160 Federal Street
        Boston, MA 02110
        (617) 654-8200
        eshoulkin@taylorduane.com

        *Counsel for Nominal Defendant JBI, Inc.*

/s/ David Pastor
David Pastor, BBO #391000
PASTOR LAW OFFICE LLP
63 Atlantic Avenue, 3rd Floor
Boston, MA 02110
 (617) 742-9700

Beth A. Keller
Nicholas W. Moyne
FARUQI & FARUQI, LLP
369 Lexington Avenue, 10th Floor
New York, NY 10017
 (212) 983-9330

and

Michael J. Hynes
101 Greenwood Avenue, Suite 600
Jenkintown, PA 19046
 (215) 277-5770

*Counsel for Plaintiff*

fb.us.8483088.02