

Timeline of the Individual Defendants' Terms and Important Events