UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
ERWIN GRAMPP, derivatively      )
on behalf of JBI, INC.,         )
     Plaintiff,                 )
                                )
          v.                    )    C.A. No. 12-10495
                                )
JOHN BORDYNUIK, DR. JACOB       )
SMITH, RONALD C. BALDWIN, JR.,  )
AMY BRADSHAW, JOHN M. WESSON,   )
ROBIN BAGAI, JAMES FAIRBAIRN,   )
GREGORY GOLDBERG, and           )
THEODORE J. HENRY,              )
     Defendants.                )
```

ORDER

WOLF, D.J.                                      June 26, 2013


     For the reasons described in detail in court on June 26,
2013, it is hereby ORDERED that defendants' Motion to Dismiss
Plaintiff's Verified Shareholder Derivative Complaint (Docket
No. 22) is ALLOWED. This case is, therefore, DISMISSED without
prejudice.


                                    /s/ Mark L. Wolf
                            UNITED STATES DISTRICT JUDGE