**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

ERWIN GRAMPP, derivatively
on behalf of JBI, INC.,
Plaintiff,

v.

JOHN BORDYNUIK, DR. JACOB
SMITH, RONALD C. BALDWIN, JR.,
AMY BRADSHAW, JOHN M. WESSON,
ROBIN BAGAI, JAMES FAIRBAIRN,
GREGORY GOLDBERG, and
THEODORE J. HENRY,
Defendants.

C.A. No. 12-10495

## ORDER OF DISMISSAL

**WOLF D. J.**

In accordance with the Court's ORDER dated June 26, 2013, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

**June 26, 2013**          /s/ Daniel C. Hohler          Date
                                    **Deputy Clerk**

(dismiss order3.wpd - 12/98)